UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LARRY DONNELL DICKS-LEWIS III,

    Plaintiff,

v.

Case No: 5:19-cv-483-Oc-30PRL

5TH JUDICIAL CIRCUIT COURT IN AND FOR MARION COUNTY, FLORIDA, FLORIDA DEPARTMENT OF REVENUE, PAMELA A. SCHNEIDER, DAVID R. ELLSPERMANN, ANN MELINDA CRAGGS, SANDRA SUE ROBBINS, STATE OF FLORIDA, EDWARD L. SCOTT and ROBERT WILLIAM HODGES,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 5). The Court notes that Plaintiff did not file written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 5) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. This action is DISMISSED.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 21st day of October, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record